William OELLRICH, appellant, v. JOHN F. COGAN COMPANY, Contractors, respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) The exception at the close of the trial to the ruling that plaintiff should then elect between nuisance and negligence did not present reversible error, since such election then did not harm plaintiff, as the proofs of defendant's authority from the city to place material on this curb negatived the charge of nuisance. The issues of negligence were properly left to the jury. If that morning the light was sufficient to disclose the presence, as an obstruction, of these planks, when plaintiff stepped down from his wagon and tripped on them, he could not recover. Plaintiff was not entitled to the charge that defendant should also have marked the planks by a red light. The order denying a new trial is therefore unanimously affirmed, with costs.

John B. OLMSTED et al., respts., v. John H. MEAHL et al., applts. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Motion for leave to appeal (from judgment, 160 N. Y. Supp. 708) to Court of Appeals granted, and question for review certified.

Charles A. O'NEIL, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant. (Supreme Court, Appellate Division, Third Department. January, 1916.) Sent to Fourth Department.

Louis ORLIK and another, Respts., v. NATIONAL CARBON CO., Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Annie ORLOFF, Respt., v. Dora LICHTENSTEIN, Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John D. OSTRANDER, as Adm'r, v. HOLBROOK, CABOT & ROLLINS CORPORATION. · (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.

Josephine PANZARELLA, as admr., etc., respt., v. PENNSYLVANIA R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Judgment and order affirmed, with costs All concur.

Theodore G. PECK, Jr., Respt., v. Charles B. TOOLE, Applt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,436.14, in which event, judgment, as so modified, and order, affirmed, without costs. No opinion. Settle order on notice.

PEERLESS TRADING CO., respt., v. Cleland A. WARD, impleaded with another, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order modified, so as to provide that the requirement of the particulars of the damages sustained by the defendant Cleland A. Ward, as alleged in the paragraph marked 4 in his amended answer, be stricken out, and, as so modified, the order is affirmed, without costs of this appeal to either party. All concur.

PEOPLE of the State of New York, respondents, v. Michael ADAMUCCIO, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment of conviction of the Court of Special Sessions reversed, and a new trial ordered, upon the ground that the evidence fails to establish defendant's guilt beyond a reasonable doubt. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

PEOPLE of the State of New York, respondents, v. Jacob BERGMAN, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Reargument ordered, and case set down for argument on Monday, November 20, 1916, on the question as to whether or not the sentence for grand larceny is legal. Stapleton, Mills, Rich, and Putnam, JJ., concur.

PEOPLE, etc., v. Eldon BISBEE. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted. Order filed.

PEOPLE of the State of New York, respondents, v. Theodore CALABRESE, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment of conviction affirmed. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

PEOPLE of the State of New York, applt., v. Louis CLAIR, respt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Judgment affirmed, with costs. All concur.

PEOPLE, etc., Respt., v. Henry CLARK and another; Kathryn B. Thompson, Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed. No opinion. Order filed.

PEOPLE of the State of New York, respt., v. Dana C. COOLEY, applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Judgment of conviction affirmed. All concur; Lambert, J., not sitting.

PEOPLE, etc., v. David FERMOGLICH. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted. Order filed.

PEOPLE of the State of New York, Respondent, v. Abraham GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, First Depart-